# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC WATKINS, | 1:10-cv-01834-SMS (HC) |
| Petitioner, | ORDER NUNC PRO TUNC MODIFYING COURT'S DECEMBER 2, 2010 ORDER DISMISSING PETITION WITH LEAVE TO AMEND |
| v. | |
| KELLY HARRINGTON, | [Doc. 12] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 2, 2010, the undersigned issued an order dismissing the petition with leave to amend. (Court Doc. 12.) Because the Court's order did not include a deadline for filing the amended petition, the order is HEREBY modified nunc pro tunc by ordering Petitioner to submit an amended petition within thirty (30) days from the date of service of this order. All other provisions of the Court's December 2, 2010 order remain in full force and effect.

IT IS SO ORDERED.

Dated:   February 8, 2011            /s/ Sandra M. Snyder
                                    UNITED STATES MAGISTRATE JUDGE